UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARMANDO ZELAYA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES HILL, Warden,<br><br>　　　　　Respondent. | Case No. 2:22-cv-08311-AB-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition") and all of the records herein, including the May 7, 2025 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

　　　IT IS HEREBY ORDERED that the Petition is denied, this action is dismissed with prejudice, and Judgment shall be entered accordingly.

///

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 27, 2025

_____
HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE